JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE A. RIVERA,                )  Case No. ED CV 14-1823 JLS (JCG)
          Petitioner,          )
                               )  **JUDGMENT**
     v.                        )
                               )
W.L. MONTGOMERY, Warden,       )
          Respondent.          )
_____  )

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 10, 2015

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE